# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOHN SANDERS, JR., individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:20-cv-1305 |
| REINSURANCE GROUP OF AMERICA, INCORPORATED, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF SETTLEMENT

Plaintiff, John Sanders, Jr., and Defendant, Reinsurance Group of America, Inc., by counsel, hereby jointly notify the Court that they have resolved their dispute. Upon the full execution of the final settlement agreement, the parties will file a Fed. R. Civ. P. 41 dismissal of this action with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ C. Jason Brown* | */s/ Matthew D. Turner* |
| Charles Jason Brown #49952MO | Matthew D. Turner #48031MO |
| BROWN AND WATKINS LLC | ARMSTRONG TEASDALE LLP |
| 301 S. US 169 Highway | 3405 W. Truman Boulevard, Suite 210 |
| Gower, MO 64454 | Jefferson City, MO 65109-5713 |
| Tel: 816-505-4529 | Tel: 573-634-7146 |
| Fax: 816-424-1337 | Fax: 573-636-8457 |
| Email: brown@brownandwatkins.com | Email: mturner@atllp.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Matthew D. Turner*
Matthew D. Turner

111753631v1