# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHN SANDERS, JR., individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) CAUSE NO.: 4:20-CV-1305 |
| v. | ) CLASS ACTION |
| REINSURANCE GROUP OF AMERICA INCORPORATED, | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this matter shall be dismissed with prejudice by Plaintiff John Sanders, Jr., each party to bear its own costs and fees.

Dated: January 19, 2021

    Respectfully submitted,

    By: /s/ Andrew Weiner
    Jeffrey B. Sand (*pro hac vice*)
    181568(GA)
    Andrew L. Weiner (pro hac vice)
    808278(GA)

WEINER & SAND LLC
800 Battery Avenue SE
Suite 100
Atlanta, GA 30339
T: 404.205.5029
T: 404.254.0842
F: 866.800.1482
E: aw@atlantaemployeelawyer.com
E: js@atlantaemployeelawyer.com
*Pro hac vice* applications forthcoming

Charles Jason Brown MO 49952
Jayson A. Watkins MO 61434
BROWN & WATKINS LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF


By: /s/ Matthew D. Turner
Matthew D. Turner
#48031MO
ARMSTRONG TEASDALE LLP
3405 W. Truman Boulevard, Suite 210
Jefferson City, MO 65109-5713
Tel: 573-634-7146
Fax: 573-636-8457
Email: mturner@atllp.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ <u>Andrew Weiner</u>
Andrew Weiner